DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MY HARRISON CORP.,**
Appellant,

v.

**HOME TOWER CONDOMINIUM, INC.,**
Appellee.

No. 4D2025-1144

[April 23, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. 062024CA016458AXXXCE.

George Lambert of The Lambert Law Firm Professional Corp., Sunny Isles Beach, for appellant.

Edward Francis Holodak of Edward F. Holodak, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***